IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES E. BUTLER, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF BONNIE L. BUTLER, | ) ) ) | CASE NO. 1:18CV552 |
| | ) | JUDGE PATRICIA A. GAUGHAN |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | STIPULATED NOTICE OF DISMISSAL |
| Defendant. | ) | |

So Ordered.
/s/ Patricia A. Gaughan
4/9/18

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Charles E. Butler, individually and as administrator of the Estate of Bonnie L. Butler, and Defendant United States of America hereby stipulate that this case shall be dismissed without prejudice, with each party to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| /s/ *John K. Rinehardt* | JUSTIN E. HERDMAN |
| John K. Rinehart (#0037394) | UNITED STATES ATTORNEY |
| Melanie Fahey (#0062118) | |
| 2404 Park Ave West | /s/ *Ruchi V. Asher* |
| Mansfield, Ohio 44906 | James R. Bennett II (#0071663) |
| 419-529-2020 | Ruchi V. Asher (#0090917) |
| 419-529-2717 | Assistant United States Attorneys |
| john@lawfirm2020.com | United States Court House |
| melanie@lawfirm2020.com | 801 West Superior Ave., Suite 400 |
| service@lawfirm2020.com | Cleveland, Ohio 44113 |
| Attorneys for Plaintiff | 216-622-3988 (Bennett) |
| | 216-622-3718 (Asher) |
| | 216-522-4982 – Facsimile |
| | James.Bennett4@usdoj.gov |
| | Ruchi.Asher@usdoj.gov |
| | Attorneys for Defendant |